# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 551 |
| | : | |
| ORDER DESIGNATING SPECIAL 2021 | : | JUDICIAL ADMINISTRATION DOCKET |
| COURT HOLIDAY COMMEMORATING | : | |
| JUNETEENTH | : | |
| | : | |

## ORDER

**PER CURIAM**

 **AND NOW**, this 20th day of May, 2021,

 **WHEREAS** Juneteenth is a date of great historical and cultural significance, marking the date in 1865 when news of the signing of the Emancipation Proclamation two years earlier by President Abraham Lincoln reached Galveston, Texas, the furthest point in the South, with the arrival of Union soldiers; and

 **WHEREAS** commemoration of Juneteenth celebrates that event, and further serves as an occasion to promote the advancement of unity, equality and justice for all Pennsylvanians; and

 **WHEREAS** on June 19, 2019, the Governor of Pennsylvania signed legislation designating June 19 as "Juneteenth National Freedom Day," and recognizing it as an annual observance in Pennsylvania; and

 **WHEREAS** the Governor has designated June 18, 2021 as a special holiday for employees in agencies under the Governor's jurisdiction;

 **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that June 18, 2021 is hereby designated as a special holiday for state-level employees of the Unified Judicial System; and

 **IT IS FURTHER ORDERED** that all courts of the Unified Judicial System shall be closed other than for essential functions or other proceedings as may be deemed necessary in the discretion of President Judges.

 This **ORDER** shall be effective immediately.